IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| JAKE BUTIKAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 04-2102 |
| | ) | |
| DANVILLE AREA COMMUNITY COLLEGE, | ) | |
| | ) | |
| Defendant. | ) | |

## **MOTION FOR LEAVE TO AMEND COMPLAINT**

By his lawyers and in accordance with Federal Rule of Civil Procedure 15 and the Amended Scheduling Order of November 4, 2004, the plaintiff asks the Court's leave to amend his Complaint in the following respects:  namely,

1. By changing paragraph 63 to say:

    63. Defendant terminated Plaintiff's employment as an instructor of Mass Media and Writers' Room on or about May 15, 2003; however, it did not officially notify him of that action until July, 2003, and he remains an employee of the Defendant.

2. By changing paragraph 70 to say:

    70. That during the period November 2002 through July 2003, the conduct of Defendant through its agents demonstrated either an intent to inflict severe emotional distress upon Plaintiff or demonstrated conduct that had a high probability of inflicting severe emotional distress upon Plaintiff.

In support hereof, the Plaintiff states that the proposed amendments remove the ambiguity about his continuing employment by the Defendant and more accurately describe the period of time during which the Defendant's conduct occurred.

WHEREFORE, the Plaintiff asks the Court's leave to amend his Complaint in the foregoing respects.

Respectfully Submitted,

s/ John B. Hensley
_____
John B. Hensley, Illinois Bar No. 6181904
Attorney for Plaintiff, Jake Butikas
SECREST WARDLE
2919 Crossing Court
Champaign, IL 61822
Phone:  (217) 378-8002
Fax:  (217) 378-8003
Email:  jhensley@secrestwardle.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 23, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Howard W. Small - hwslaw@shout.net

      s/ John B. Hensley

John B. Hensley, Illinois Bar No. 6181904
Attorney for Plaintiff, Jake Butikas
SECREST WARDLE
2919 Crossing Court
Champaign, IL 61822
Phone: (217) 378-8002
Fax: (217) 378-8003
Email: jhensley@secrestwardle.com